# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **EDCV 07-00303-ABC (KKx)**            Date: July 8, 2015

Title: Raymundo Rodriguez et al v. City of Colton , et al.

<u>**DOCKET ENTRY**</u>

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>            <u>None</u>
Deputy Clerk            Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):
None            None

**PROCEEDINGS: (IN CHAMBERS) CLAIM OF EXEMPTION HEARING**

This is a closed case where judgment has been entered against Plaintiffs Raymundo Rodriguez ("Rodriguez") and Adriel Guitron. On June 12, 2009, the Court granted Defendant's Motion for Attorneys' Fees after finding Plaintiffs had asserted claims that were "frivolous, unreasonable or groundless." ECF Docket No. 74.

On October 15, 2013, the Court issued an Order Regarding Amount of Attorneys' Fee Award in which it awarded Defendant $57,244 in attorneys' fees. ECF Docket No. 103. After considering (1) the fees incurred by Defendant and (2) the Plaintiffs' ability to pay, the Court ordered Plaintiffs to each pay $28,622.10 to Defendant, in monthly payments of $400. <u>Id.</u> at 6.

On May 11, 2015, Rodriguez filed two Claims of Exemption with the U.S. Marshal. ECF Docket No. 170, 172. On June 4, 2015, Defendant filed oppositions to both Claims of Exemption and requested the Court conduct a hearing on the Claims of Exemption. ECF Docket Nos. 164, 166.

On June 25, 2015, the Court conducted a hearing on Rodriguez's Claims of Exemption. Following the conclusion of the hearing, the Court took the matter under submission.

On June 29, 2015, Defendant supplemented its prior oppositions with additional exhibits, including an "Employer's Return" form completed by Rodriguez's employer setting forth Rodriguez's gross monthly earnings as $4,969.24. ECF Docket No. 173.

MINUTES FORM 11
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: **EDCV 07-00303-ABC (KKx)**  June 25, 2015

Raymundo Rodriguez et al v. City of Colton , et al.

**Page 2**

------------------------------------------------------------------------------------------------------------------

The form is signed under penalty of perjury by Tanieka Harris. Id. at 2. The form contradicts the information Rodriguez provided in his financial statement in support of his Claims of Exemption, wherein he states he has a monthly take-home pay of $3,372.36 after total payroll deduction amounts of $736.56. Specifically, the gross monthly earnings reflected in the Employer's Return form report Rodriguez's gross monthly income is $860.32 greater than the amount indicated in Rodriguez's financial statement.

THUS, IT IS HEREBY ORDERED that no later than **July 16, 2015**, judgment debtor Rodriguez shall file a statement as to whether he contests the representation that his monthly earnings are $4,969.24. If Rodriguez contests this amount, he is encouraged to file any documents (*e.g.* paystubs) reflecting his monthly wages.

Initials of Deputy Clerk   dts

MINUTES FORM 11
CIVIL-GEN