O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COLTON et al., <br><br> Defendants. | Case No. EDCV 07-00303-ABC (KKx) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Rodriguez's Claims of Exemption, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff Rodriguez's Claims of Exemption be denied.

Dated:   9/1/2015

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE